CONTINENTAL BANK OF PENNSYLVANIA v. BARCLAY
RIDING ACADEMY, INC.

July 2, 1982.

Petition for certification granted.

WILLIAM HASTIE v. ROBERT GRABOWSKI.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DES MARETS.

July 2, 1982.

Petition for certification granted.

RICHARD ROPER v. KEARNY GENERATING SYSTEM,
DIVISION OF PUBLIC SERVICE.

July 2, 1982.

Petition for certification denied.   (See 184 *N.J.Super.* 253)